UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

Plaintiff,

v.

ISAIAS HERNANDEZ-MONTOYA,

Defendant.
_____________________________________/

**INDICTMENT**

The Grand Jury charges:

**COUNT 1**
**(Alien Felon Reentry)**

On or about October 26, 2026, in St. Joseph County, in the Southern Division of the Western District of Michigan,

ISAIAS HERNANDEZ-MONTOYA,

being an alien who had previously been removed after having been convicted of a felony offense, was found in the United States without having obtained the express prior consent of the Attorney General or the Secretary of Homeland Security to return or reapply for admission.

8 U.S.C. § 1326(a)
8 U.S.C. § 1326(b)(1)

**COUNT 2**
**(Unlawful Use of Means of Identification of Another Person)**

On or about May 31, 2023, in St. Joseph County, in the Southern Division of the Western District of Michigan,

ISAIAS HERNANDEZ-MONTOYA,

using the name of L.C.G., knowingly used, without lawful authority, a means of identification of another person in connection with an unlawful activity that constitutes a felony under the law of Michigan, in that he then and there submitted to the Office of the Michigan Department of State a Michigan State Identification Card Application using the name and date of birth of L.C.G., which was transported in the mail in the course of the production of the identification card.

18 U.S.C. § 1028(a)(7)
18 U.S.C. § 1028(b)(2)(B)
18 U.S.C. § 1028(c)(3)(B)
18 U.S.C. § 1028(d)(7)(A)
M.C.L. § 28.293(1)

**COUNT 3**
**(False Claim of United States Citizenship)**

On or about January 21, 2025, in St. Joseph County, in the Southern Division of the Western District of Michigan,

ISAIAS HERNANDEZ-MONTOYA,

using the name of L.C.G., under penalty of perjury, knowingly subscribed as true a false statement with respect to a material fact in a document required by the immigration laws and regulations prescribed thereunder, in that he then and there falsely attested in an Employment Eligibility Verification form (Form I-9) submitted to a prospective employer, that he was a citizen of the United States and provided a counterfeit social security account number card and a Michigan identification card in that name.

18 U.S.C. § 1546(a)
8 U.S.C. § 1324a(b)(2)

**COUNT 4**
**(Misuse of a Social Security Account Number)**

On or about January 21, 2025, in St. Joseph County, in the Southern Division of the Western District of Michigan,

ISAIAS HERNANDEZ-MONTOYA,

using the name of L.C.G., with intent to deceive for the purpose of obtaining employment, falsely represented to a prospective employer, a social security account number that had not been assigned to him by the Commissioner of Social Security, in that he then and there submitted and used a social security account number not assigned to him on an Employment Eligibility Verification form (Form I-9), an Employee's Withholding Certificate (Form W-4), and an Employee's Michigan Withholding Exemption Certificate (Form MI-W4).

42 U.S.C. § 408(a)(7)(B)

A TRUE BILL

[ /s/ Redacted ]

GRAND JURY FOREPERSON

TIMOTHY VERHEY
United States Attorney

Donald Daniels

DONALD DANIELS
Assistant United States Attorney